# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 547 |
| v. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| WILLIAM S. COMBS | ) | |

## GOVERNMENT'S AGREED MOTION TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by its attorney, PATRICK FITZGERALD, United

States Attorney for the Northern District of Illinois, respectfully moves this honorable Court,

pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the above-captioned

complaint without prejudice.


Respectfully submitted,

United States Attorney
PATRICK FITZGERALD


Dated: February 5, 2009        By:    s/Meghan C. Morrissey
                                      MEGHAN C. MORRISSEY
                                      Assistant United States Attorney
                                      219 South Dearborn, 5th Floor
                                      Chicago, Illinois 60604
                                      (312) 353-4045

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 547 |
| v. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| WILLIAM S. COMBS | ) | |

## **ORDER**

This matter coming before the Court on the Government's Motion to Dismiss Complaint Without Prejudice,

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice.

_____
Magistrate Judge Sidney I. Schenkier
United States District Court

DATED: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 547 |
| v. | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| WILLIAM S. COMBS | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Government's Agreed Motion To Dismiss Complaint Without Prejudice**,

was served on this day, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

 s/Meghan C. Morrissey
MEGHAN C. MORRISSEY
Assistant United States Attorney